**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

In re  **Howard Construction Company, Inc.**

Case No.   **09-45391-dml-11**

Chapter   **11**

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors also must complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | $732,800.00 | | |
| B - Personal Property | Yes | 4 | $1,200.00 | | |
| C - Property Claimed as Exempt | No | | | | |
| D - Creditors Holding Secured Claims | Yes | 2 | | $584,021.86 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 2 | | $4,236.01 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 3 | | $208,003.78 | |
| G - Executory Contracts and Unexpired Leases | Yes | 2 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | No | | | | N/A |
| J - Current Expenditures of Individual Debtor(s) | No | | | | N/A |
| TOTAL | | 15 | $734,000.00 | $796,261.65 | |

In re  **Howard Construction Company, Inc.**                    Case No.   __09-45391-dml-11__
                                                                                    (if known)

## SCHEDULE A - REAL PROPERTY

| Description and Location of Property | Nature of Debtor's Interest in Property | | Current Value of Debtor's Interest in Property, Without Deducting Any Secured Claim or Exemption | Amount Of Secured Claim |
|---|---|---|---|---|
| Office Building (6,000 sq. ft.)<br>3865 South Freeway<br>Fort Worth, TX 76110<br>Tarrant County, Texas<br>2.3 acres land | Fee Simple | | $470,000.00 | $263,058.74 |
| Unimproved Land (65.7 acres)<br>Abstract 863 TR 113A<br>J. Wallace Survey<br>2001 CR 415<br>Johnson Couty, Texas | Fee Simple | | $262,800.00 | $315,000.00 |
| | | Total: | $732,800.00 | |

(Report also on Summary of Schedules)

In re  **Howard Construction Company, Inc.**                    Case No.    **09-45391-dml-11**
                                                                                          (if known)

## SCHEDULE B - PERSONAL PROPERTY

| Type of Property | None | Description and Location of Property | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|
| 1. Cash on hand. | X | | |
| 2. Checking, savings or other financial accounts, certificates of deposit or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | Chase Bank Account<br>Acct. xxxxx9586 | $0.00 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | |
| 4. Household goods and furnishings, including audio, video and computer equipment. | X | | |
| 5. Books; pictures and other art objects; antiques; stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | |
| 6. Wearing apparel. | X | | |
| 7. Furs and jewelry. | X | | |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | |
| 10. Annuities.  Itemize and name each issuer. | X | | |

In re **Howard Construction Company, Inc.**    Case No.    **09-45391-dml-11**
                                                                (if known)

## SCHEDULE B - PERSONAL PROPERTY

*Continuation Sheet No. 1*

| Type of Property | None | Description and Location of Property | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | |
| 15. Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | |
| 16. Accounts receivable. | X | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | |

In re **Howard Construction Company, Inc.**     Case No.     **09-45391-dml-11**
                                                                    (if known)

## SCHEDULE B - PERSONAL PROPERTY
*Continuation Sheet No. 2*

| Type of Property | None | Description and Location of Property | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|
| 19. Equitable or future interests, life estates, and rights or powers exercis-able for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | |
| 21. Other contingent and unliqui-dated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims.  Give estimated value of each. | X | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | X | | |
| 26. Boats, motors, and accessories. | X | | |

In re **Howard Construction Company, Inc.**          Case No.  <u>09-45391-dml-11</u>
                                                                  (if known)

## SCHEDULE B - PERSONAL PROPERTY

*Continuation Sheet No. 3*

| Type of Property | None | Description and Location of Property | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|:---:|---|---:|
| 27. Aircraft and accessories. | X | | |
| 28. Office equipment, furnishings, and supplies. | | Desk, chairs, file cabinets | $1,000.00 |
| 29. Machinery, fixtures, equipment, and supplies used in business. | | Smith Air Compressor | $200.00 |
| 30. Inventory. | X | | |
| 31. Animals. | X | | |
| 32. Crops - growing or harvested. Give particulars. | X | | |
| 33. Farming equipment and implements. | X | | |
| 34. Farm supplies, chemicals, and feed. | X | | |
| 35. Other personal property of any kind not already listed.  Itemize. | | Cause of action against Texas Association of Women's Clubs wherein the Debtor asserts that it is entitled to receive, inter alia, title to a certain parcel of real property in Johnson County, Texas, in consideration for services performed pursuant to a construction contract. | Unknown |

<u>     3     </u> continuation sheets attached    **Total >**    |    $1,200.00

(Include amounts from any continuation sheets attached.  Report total also on Summary of Schedules.)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions Above.) | CODEBTOR | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|
| ACCT #:<br><br>**Fort Worth ISD**<br>**100 N. University Dr.**<br>**Fort Worth, TX 76107** | | DATE INCURRED:<br>NATURE OF LIEN:<br>**2009 Ad Valorem Property Taxes**<br>COLLATERAL:<br>**Office Building**<br>REMARKS:<br><br>VALUE: $470,000.00 | | | | $6,107.64 | |
| **Representing:**<br>**Fort Worth ISD** | | **Perdue Brackett Flores et al.**<br>**307 West 7th St., Suite 1225**<br>**Fort Worth, TX 76102** | | | | Notice Only | Notice Only |
| ACCT #:<br><br>**Johnson County Tax Assessor**<br>**PO Box 75**<br>**Cleburne TX 76033** | | DATE INCURRED:<br>NATURE OF LIEN:<br>**2009 Ad Valorem Property Taxes**<br>COLLATERAL:<br>**Unimproved Land**<br>REMARKS:<br><br>VALUE: $262,800.00 | | | | $5,963.12 | |
| ACCT #:<br><br>**Leroy & Mary Lois Howard**<br>**Revocable Living Trust**<br>**Mary Lois Howard, Trustee**<br>**2363 Faett Court**<br>**Fort Worth TX 76119** | | DATE INCURRED:<br>NATURE OF LIEN:<br>-<br>COLLATERAL:<br>-<br>REMARKS:<br>**NOTE:  This security interest is**<br>**unperfected.**<br><br>VALUE: $262,800.00 | | | | $315,000.00 | $52,200.00 |
| | | Subtotal (Total of this Page) > | | | | $327,070.76 | $52,200.00 |
| | | Total (Use only on last page) > | | | | | |

_____1_____ continuation sheets attached

(Report also on Summary of Schedules.)

(If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions Above.) | CODEBTOR | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|
| ACCT #:<br><br>**Managed Mortgage Investment Fund**<br>**14 Grogans Point**<br>**The Woodlands TX 77380** | | DATE INCURRED:<br>NATURE OF LIEN:<br>**Mortgage**<br>COLLATERAL:<br>**Office Building**<br>REMARKS:<br><br>VALUE: **$470,000.00** | | | | **$250,000.00** | |
| ACCT #:<br><br>**Tarrant County Tax Assessor**<br>**100 E. Weatherford**<br>**Fort Worth, TX 76196** | | DATE INCURRED:<br>NATURE OF LIEN:<br>**Office Building**<br>COLLATERAL:<br>**2009 Ad Valorem Property Taxes**<br>REMARKS:<br><br>VALUE: **$470,000.00** | | | | **$6,951.10** | |
| **Representing:**<br>**Tarrant County Tax Assessor** | | **Linebarger Groggan Blair et al.**<br>**1000 Throckmorton, Suite 300**<br>**Fort Worth, TX 76102** | | | | **Notice Only** | **Notice Only** |
| | | | | | | | |

| | | |
|---|---|---|
| Sheet no. ___1___ of ___1___ continuation sheets attached to Schedule of Creditors Holding Secured Claims | Subtotal (Total of this Page) > | **$256,951.10** | **$0.00** |
| | Total (Use only on last page) > | **$584,021.86** | **$52,200.00** |

|  |  |
|---|---|
| (Report also on Summary of Schedules.) | (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.) |

In re  **Howard Construction Company, Inc.**                    Case No.   **09-45391-dml-11**
                                                                            (If Known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

## TYPES OF PRIORITY CLAIMS    (Check the appropriate box(es) below if claims in that category are listed on the attached sheets.)

☐ **Domestic Support Obligations**
Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**
Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief.  11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**
Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $10,950* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**
Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**
Claims of certain farmers and fishermen, up to $5,400* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**
Claims of individuals up to $2,425* for deposits for the purchase, lease or rental of property or services for personal, family, or household use, that were not delivered or provided.  11 U.S.C. § 507(a)(7).

☑ **Taxes and Certain Other Debts Owed to Governmental Units**
Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**
Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution.  11 U.S.C. § 507(a)(9).

☐ **Claims for Death or Personal Injury While Debtor Was Intoxicated**
Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance.  11 U.S.C. § 507(a)(10).

☐ **Administrative allowances under 11 U.S.C. Sec. 330**
Claims based on services rendered by the trustee, examiner, professional person, or attorney and by any paraprofessional person employed by such person as approved by the court and/or in accordance with 11 U.S.C. §§ 326, 328, 329 and 330.

* Amounts are subject to adjustment on April 1, 2010, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

_____1_____continuation sheets attached

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

| TYPE OF PRIORITY | Taxes and Certain Other Debts Owed to Governmental Units |
|---|---|

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCT #: xxxx1084<br>Fort Worth ISD<br>100 N. University Dr.<br>Fort Worth, TX 76107 | | DATE INCURRED:<br>CONSIDERATION:<br>2008-2009 Bus. Per. Prop. Taxes<br>REMARKS: | | | X | $1,952.34 | $1,952.34 | $0.00 |
| Representing:<br>Fort Worth ISD | | Perdue Brackett Flores et al.<br>307 West 7th St., Suite 1225<br>Fort Worth, TX 76102 | | | | Notice Only | Notice Only | Notice Only |
| ACCT #: xxxx1084<br>Tarrant County Tax Assessor<br>100 E. Weatherford<br>Fort Worth, TX 76196 | | DATE INCURRED:<br>CONSIDERATION:<br>2008-2009 Bus. Per. Prop. Taxes<br>REMARKS: | | | X | $2,283.67 | $2,283.67 | $0.00 |
| Representing:<br>Tarrant County Tax Assessor | | Linebarger Groggan Blair et al.<br>1000 Throckmorton, Suite 300<br>Fort Worth, TX 76102 | | | | Notice Only | Notice Only | Notice Only |
| | | | | | | | | |
| | | | | | | | | |

Sheet no. ___1___ of ___1___ continuation sheets attached to Schedule of Creditors Holding Priority Claims

Subtotals (Totals of this page) >   | $4,236.01 | $4,236.01 | $0.00 |

Total >
(Use only on last page of the completed Schedule E.
Report also on the Summary of Schedules.)   | $4,236.01 |

Totals >
(Use only on last page of the completed Schedule E.
If applicable, report also on the Statistical Summary
of Certain Liabilities and Related Data.)   | $4,236.01 | $0.00 |

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:<br>**Amgro Premium Financing**<br>**c/o Guest & Associates PC**<br>**PO Box 696**<br>**Dallas TX 75559** | | DATE INCURRED:<br>CONSIDERATION:<br>**Trade Debt**<br>REMARKS: | | | | $1,128.08 |
| ACCT #:<br>**Chens Construction**<br>**2100 Valley Forge Drive**<br>**Plano TX 75075** | | DATE INCURRED:<br>CONSIDERATION:<br>**Trade Debt**<br>REMARKS: | | | | $1,700.00 |
| ACCT #:<br>**Contech Construction Co.**<br>**c/o Harrell Pallet & Associates**<br>**5454 La Sierra Dr., Suite 100**<br>**Dallas TX 75231** | | DATE INCURRED:<br>CONSIDERATION:<br>**Trade Debt**<br>REMARKS: | | | | $2,316.30 |
| ACCT #:<br>**Continental Equipment Company**<br>**8505 S. central Expressway**<br>**Dallas TX 75241** | | DATE INCURRED:<br>CONSIDERATION:<br>**Trade Debt**<br>REMARKS: | | | | $1,340.21 |
| ACCT #:<br>**Dwayne Plumbing**<br>**c/o Haller Halan & Taylor**<br>**5085 W. Park Blvd., Suite 150**<br>**Plano TX 75093** | | DATE INCURRED:<br>CONSIDERATION:<br>**Trade Debt**<br>REMARKS: | | | | $4,611.06 |
| ACCT #:<br>**G.E. Capital**<br>**PO Box 3083**<br>**Cedar Rapids IA 52406-3086** | | DATE INCURRED:<br>CONSIDERATION:<br>**Trade Debt**<br>REMARKS: | | | | $2,458.00 |
| | | | | Subtotal > | | $13,553.65 |
| | | | | Total > | | |

__2__ continuation sheets attached

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:<br>I-35 Sandpit Inc.<br>c/o Haller Harlan & Taylor<br>5085 W. Park Blvd., Suite 150<br>Plano TX 75093 | | DATE INCURRED:<br>CONSIDERATION:<br>**Trade Debt**<br>REMARKS: | | | | $3,782.00 |
| ACCT #:<br>Ingram<br>PO Box 841556<br>Dallas TX 75284-1556 | | DATE INCURRED:<br>CONSIDERATION:<br>**Trade Debt**<br>REMARKS: | | | | $8,776.00 |
| ACCT #:<br>John Lively, Attorney at Law<br>Burnett Plaza, Suite 2075<br>801 Cherry St., Unit 32<br>Fort Worth TX 76102 | | DATE INCURRED:<br>CONSIDERATION:<br>**Legal Fees**<br>REMARKS: | | | | $41,700.00 |
| ACCT #:<br>Louisiana Chicken<br>c/o Tommy Taing<br>5130 Wichita St.<br>Fort Worth TX 76119 | | DATE INCURRED:<br>CONSIDERATION:<br>**Trade Debt**<br>REMARKS: | | | | $1,300.00 |
| ACCT #:<br>R.D. Howard, LLC<br>3863 South Freeway<br>Fort Worth TX 76110 | | DATE INCURRED:<br>CONSIDERATION:<br>**Loans**<br>REMARKS: | | | | $94,329.00 |
| ACCT #:<br>Randle & Isolina O. Howard<br>Revocable Living Trust<br>3863 South Freeway<br>Fort Worth TX 76110 | | DATE INCURRED:<br>CONSIDERATION:<br>**Loan**<br>REMARKS: | | | | $39,000.00 |

Sheet no. ___1___ of ___2___ continuation sheets attached to                    Subtotal >           **$188,887.00**
Schedule of Creditors Holding Unsecured Nonpriority Claims

                                                                                          Total >
                    **(Use only on last page of the completed Schedule F.)**
                    **(Report also on Summary of Schedules and, if applicable, on the**
                    **Statistical Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.
In re    Howard Construction Company, Inc.

Case No.    09-45391-dml-11
(if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:<br>T-Mobile<br>PO Box 660252<br>Dallas TX 75266-0252 | | DATE INCURRED:<br>CONSIDERATION:<br>Trade Debt<br>REMARKS: | | | | $3,817.95 |
| Representing:<br>T-Mobile | | Pinnicle Financial Group 7825<br>7825 Washington Ave. So., Suite 310<br>Minneapolis MN 55439 | | | | Notice Only |
| ACCT #:  xxxx1084<br>Tarrant County Tax Assessor<br>100 E. Weatherford<br>Fort Worth, TX 76196 | | DATE INCURRED:<br>CONSIDERATION:<br>2006-2007 Bus. Per. Prop. Taxes<br>REMARKS: | | | X | $1,745.18 |
| | | | | | | |
| | | | | | | |
| | | | | | | |

Sheet no. ___2___ of ___2___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

| | |
|---|---|
| Subtotal > | $5,563.13 |
| Total > | $208,003.78 |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests.
State nature of debtor's interest in contract, i.e., "Purchaser," "Agent," etc. State whether debtor is the lessor or lessee of a lease.
Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to
one of the leases of contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a
minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| **Danielle Collins** <br> Studio Styles #101 <br> 3863 South Freeway <br> Fort Worth TX 76110 | Lease of nonresidential real property under which the Debtor is the lessor. |
| **Elizabeth Branch** <br> Man in the Mirror <br> 3863 South Freeway, Suite 110 <br> Fort Worth TX 76110 | Lease of nonresidential real property under which the Debtor is the lessor. |
| **End Times Church** <br> JoAnna Osborne <br> 5300 Hemphill Rd. <br> Fort Worth TX 76134 | Lease of nonresidential real property under which the Debtor is the lessor. |
| **Greater Visionary Baptist Church** <br> Rev. L. J. Collins <br> PO Box 15522 <br> Fort Worth TX 76110 | Lease of nonresidential real property under which the Debtor is the lessor. |
| **LaAngela Lockett** <br> 3863 South Freeway, Suite 115 <br> Fort Worth TX 76110 | Lease of nonresidential real property under which the Debtor is the lessor. |

In re  **Howard Construction Company, Inc.**

Case No.  **09-45391-dml-11**
(if known)

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

*Continuation Sheet No. 1*

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| **Penny's Hair Dimensions**<br>Penny Smallhorne<br>3863 South Freeway, Suite 103<br>Fort Worth TX 76110 | Lease of nonresidential real property under which the Debtor is the lessor. |
| **Rose Walker**<br>Styles by Rosebud<br>3863 South Freeway, Suite 113<br>Fort Worth TX 76110 | Lease of nonresidential real property under which the Debtor is the lessor. |
| **Salvador Rosales**<br>MSU Industries<br>2512 5th Ave.<br>Fort Worth TX 76110 | Lease of nonresidential real property under which the Debtor is the lessor. |
| **Valerie Johnson**<br>Therapeutic Concepts<br>3863 South Freeway, Suite 122<br>Fort Worth TX 76110 | Lease of nonresidential real property under which the Debtor is the lessor. |

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by the debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight-year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☑  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
|  |  |

B6 Declaration (Official Form 6 - Declaration) (12/07)
In re  Howard Construction Company, Inc.

Case No.  09-46391-dml-11
(If known)

## DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the _____ President _____ of the _____ Corporation _____
named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of
_____ 16 _____ sheets, and that they are true and correct to the best of my knowledge, information, and belief.
(Total shown on summary page plus 1.)

Date 10/08/2009 _____    Signature _____
Randle D. Howard
President

[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

Penalty for making a false statement or concealing property:  Fine of up to $500,000 or imprisonment for up to 5 years or both.  18 U.S.C. §§ 152 and 3571.